UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UTICA NATIONAL INSURANCE CO. OF OHIO,
as subrogee of Voorheesville Central School
District,

                                Plaintiff,

       - against -

PVI INDUSTRIES, LLC, and, WATTS HEATING AND
HOT WATER SOLUTIONS, LLC, d/b/a PVI Industries and,
XYLEM, INC., d/b/a BELL & GOSSETT

                           Defendants.

**CERTIFICATE OF SERVICE**

Docket No.: 6:22-cv-1231
           (GLS/CFH)

---

## CERTIFICATE OF SERVICE

I, CASSANDRA M. RIZZICONE, hereby certify under penalty of perjury that I electronically filed and served a copy of an **Answer to First Amended Complaint with Crossclaim, Jury Demand and Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1** upon the following parties **Via Electronic Filing** with the Clerk of the United States District Court Northern District of New York using the CM/ECF system, which sent notification of such filing on January 17, 2023:

TO:   Daniel W. Coffey, Esq.
        Coffey Law, PLLC
        17 Elk Street
        Albany, NY  12207
        E-Mail: **dan@coffeylaw.com**

        Michael D. O'Donnell, Esq.
        Cozen O'Connor
        1650 Market Street, Suite 2800
        Philadelphia, PA  19103
        E-Mail: **mdodonnell@cozen.com**

TO:   Joshua L. Milrad, Esq.
        Goldberg Segalla, LLP
        100 Pearl Street, Suite 1100
        Hartford, CT  06103-4506
        Email: **jmilrad@goldbergsegalla.com**

        Bilal Chaudry, Esq.
        Goldberg Segalla, LLP
        200 Garden City Plaza, Suite 520
        Garden City, NY  11530
        Email: **bchaudry@goldbergsegalla.com**

I certify that the foregoing is true and correct.

Dated:  January 17, 2023

                                                 CASSANDRA M. RIZZICONE

08096 - utica\pleadings\certificate of service for answer with jury demand