UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UTICA NATIONAL INSURANCE CO. OF OHIO,           Civil Action No. 6:22-CV-1231
as subrogee of VOORHEESVILLE CENTRAL            (BKS/PJE)
SCHOOL DISTRICT

                              Plaintiff,                        **REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL**

      -against-

PVI INDUSTRIES, LLC,

      and,

WATTS HEATING AND
HOT WATER SOLUTIONS, LLC, d/b/a PVI
INDUSTRIES

      and,

XYLEM, INC. d/b/a BELL & GOSSETT

                              Defendants.
------------------------------------------------------------------X

      Defendants, Watts Heating and Hot Water Solutions, LLC, incorrectly sued as Watts Heating and Hot Water Solutions d/b/a PVI Industries, and as PVI Industries, LLC ("PVI"), respectfully submit this Memorandum of Law in Reply to Defendant Xylem, Inc. d/b/a Bell & Gossett ("Xylem")'s Opposition to Motion to Compel, dated March 10, 2025 (ECF No. 67) ("Opposition" or "Opp."), pursuant to the Court's authorization at the Text Minute Entry dated March 11, 2025.

      PVI's Motion to Compel sought documents related to shaft seal failures of any PL-75 motor pump, where Xylem had limited its production to the exact model of pump that is sold only to PVI and refused to provide any information regarding failures of other similar PL-75 models. In its Opposition, Xylem justifies this refusal by distinguishing the "motor pump" supplied to PVI

1

from all other PL-75 pumps that include a volute, which Xylem calls "circulator pumps." Opp. at 2-3. Xylem then argues that it *did* comply with PVI's requests related to "motor pumps." *Id*. at 7-8. All PL-75 pumps include a motor regardless of whether they include a volute.[1] Xylem's characterization of PVI's request for documents related to "motor pumps" as limited to the specific pumps purchased by PVI is merely a contortion designed to skirt its discovery obligations. Documents related to PL-75 pumps Xylem sold to other customers are plainly responsive to PVI's requests.

Xylem further argues that failures of PL-75 pumps sold to other entities are irrelevant because "the failure mode in this litigation is specific to PVI/Watts' design application of the PL-75 motor pump (i.e., without volute)." Opp. at 9. This is incorrect for two reasons. First, even if failures related to PL-75 pumps with other design applications, e.g., with volutes, are not relevant to *Xylem's* liability in this case, they are squarely relevant to *PVI's* alleged liability. Plaintiff claims that PVI's water heater design was defective, which requires proof of a safer alternative design. See *S.F. v. Archer Daniels Midland Co.*, 594 Fed. Appx. 11, 12. As Xylem's Opposition emphasizes, both its and plaintiff's experts have opined that PVI's use of a volute-less pump at a particular orientation and location caused the shaft seal failure at issue. Opp. at 6. Discovering whether other pump designs, such as those with volutes, experience similar failures is therefore essential to determining whether there was a safer alternative design available to PVI.

Second, shaft seal failures of PL-75 pumps are relevant regardless of whether those pumps shared the exact design of the pumps PVI purchased. With or without a volute, the entire PL-75 series of pumps uses the same motors, seals, and impellers. *See* Affidavit, at ¶ 3. Xylem's focus

---

[1] Xylem appears to conflate PVI witness Michael Hubbard's distinction between the "stirring pump[s]" used on PVI products and "circulating pump[s]" with the use of "motor pump" in PVI's discovery requests. Again, there is no basis for such conflation as either type uses a motor.

on stud failures specific to PVI's flange adapter is a red herring; Xylem itself acknowledges that all parties agree that the stud failures were related to water leaking past the pump's mechanical seal and damaging its impeller shaft. Opp. at 6. What's more, Xylem is aware that the seals may be subject to failure, as it developed a product to address seal failures and sells a Seal Kit for the PL-75 series of pumps, Part No. 189144LF. *See* Affidavit, at ¶ 4. Documents related to other PL-75 failures involving the same internal components are therefore relevant, and PVI has demonstrated that other PL-75 pumps are sufficiently similar at this stage to warrant related discovery.[2]

WHEREFORE, PVI respectfully requests this Court GRANT its Motion to Compel, and order Xylem to provide all responsive records in their possession, custody, or control forthwith.

---

[2] PVI does not have to prove substantial similarity at this stage of discovery. See *Dukuray v. Sensio, Inc.*, Docket No. 24-cv-1151(JSR), 2024 U.S. Dist. LEXIS 113624, at *4 (S.D.N.Y. June 27, 2024). Discovery is allowable where the circumstances are similar enough, which is a lower standard than admissibility at trial, which is substantially similar. See *Cohalan v. Genie Industries*, 276 F.R.D. 161, 166 (S.D.N.Y. 2011) (relevance during discovery is an "extremely broad concept") (internal citation omitted).

Dated:  March 14, 2025
      Rocky Hill, Connecticut                    GOLDBERG SEGALLA LLP

                                      By:   /s/ Joshua Milrad (Bar Roll No 510966)
                                            Joshua L. Milrad, Esq.
                                            Bar Roll. No. 510966
                                            *Attorneys for Defendants*
                                            PVI INDUSTRIES, LLC and
                                            WATTS HEATING AND HOT WATER
                                            SOLUTIONS, LLC d/b/a PVI
                                            INDUSTRIES, LLC
                                            Mailing Address
                                            P.O. Box 657, Buffalo, N.Y. 14203
                                            Physical Address
                                            500 Enterprise Drive, Suite 402
                                            Rocky Hill, CT 06067
                                            Phone: 860.760.3328
                                            Email: jmilrad@goldbergsegalla.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| UTICA NATIONAL INSURANCE CO. OF OHIO, as subrogee of VOORHEESVILLE CENTRAL SCHOOL DISTRICT | Civil Action No. 6:22-CV-1231 (BKS/PJE) |
| Plaintiff, | **AFFIRMATION OF MICHAEL HUBBARD** |
| -against- | |
| PVI INDUSTRIES, LLC, | |
| and, | |
| WATTS HEATING AND HOT WATER SOLUTIONS, LLC, d/b/a PVI INDUSTRIES | |
| and, | |
| XYLEM, INC. d/b/a BELL & GOSSETT | |
| Defendants. | |

-------------------------------------------------------------------X

I, Michael Hubbard, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that that the following is true and correct:

1. I am the Senior Director of Research and Development at Watts Heating and Hot Water Solutions, LLC, incorrectly sued as Watts Heating and Hot Water Solutions d/b/a PVI Industries, and as PVI Industries, LLC ("PVI"). I am responsible for design and development of new technologies and their integration into new products.

2. This Affidavit is submitted in support of PVI's Reply to Xylem's Opposition.

3. To the best of my knowledge, with or without a volute, the PL-75 series of pumps manufactured by Xylem utilize the same model motors, seals, and impellers.

4. Xylem sells a Seal Repair Kit for the PL-75 series of pump. Attached as Exhibit A to this Affidavit is to the best of my knowledge a true and accurate copy of page nine of the Xylem Service Parts Catalog (HS-300H-PL), which includes the Seal Repair Kit for the PL-75, Part No. 189144LF.

5. The same Seal Repair Kit used for PL-75 "circulator pumps" (As described by Xylem.), is also used for PL-75 "motor pumps" (As described by Xylem.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 14 day of March, 2025

_____
Michael Hubbard

# Exhibit A

Case 6:22-cv-01231-BKS-PJE     Document 69     Filed 03/14/25     Page 7 of 8

# PARTS FOR LITTLE RED & SERIES PL CIRCULATORS

## LITTLE RED

| ITEM NO. | DESCRIPTION | MODEL LR-20BF | MODEL LR-20B | MODEL LR-12 & LR-12BF | MODEL LR-12B | MODEL LR-15B |
|---|---|---|---|---|---|---|
|  | Body | N/A | N/A | N/A | N/A | N/A |
|  | Impeller | P15627 | P15627 | P15629 | P15629 | P15627 |
|  | Capacitor 115V | N/A | N/A | M15784 | M15784 | M15784 |
|  | Capacitor 110V | N/A | N/A | N/A | N/A | N/A |
|  | Capacitor 220V | N/A | N/A | M15784 | M15784 | M15788 |
|  | Flange Gasket Set-Ring Type 1 13/16" ID (2 Req'd) | 118368 | N/A | 118368 | N/A | N/A |
|  | Fastener Pack For Above* | P64910 | N/A | P64910 | N/A | N/A |
|  | Flange Gasket – Ring Type 1 5/16" ID (2 Req'd) | P15692 | P15692 | P15692 | P15692 | P15692 |
|  | Fastener Pack for Above* | P15696 | P15696 | P15696 | P15696 | P15696 |
|  | Flange (3/4") | P00739 | P00789 | P00739 | P00789 | P00789 |
|  | Flange (1") | P00792 | P00836 | P00792 | P00836 | P00836 |
|  | Flange (1 1/4") | P03250 | P00837 | P03250 | P00837 | P00837 |
|  | Flange (1 1/2") | P03430 | P2000085 | P03430 | P2000085 | P2000085 |
| 24 | Seal Repair Kit Consisting of: | N/A | N/A | N/A | N/A | N/A |
| 25 | Seal & Cushion Assembly | N/A | N/A | N/A | N/A | N/A |
| 26 | Seat Cup | P15683 | P15683 | P15683 | P15683 | P15683 |
| 27 | Ceramic Insert | P70712 | P70712 | P70712 | P70712 | P70712 |
| 9 | Impeller Nut | P15697 | P15697 | P15697 | P15697 | P15697 |
| 28 | Impeller Tube | P15698 | P15698 | P15698 | P15698 | P15698 |
| 29 | Oil Tube | P15775 | P15775 | P15775 | P15775 | P15775 |
| 2 | Body Gasket | P15691 | P15691 | P15691 | P15691 | P15691 |
| 30 | Assembly Tool | P15210 | P15210 | P15210 | P15210 | P15210 |



| DESCRIPTION | CAST IRON MODELS (PART NUMBER) | | | | | | | | | BRONZE MODELS (PART NUMBER) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | PL-30 (1BL012) | PL-36 (1BL001) | PL-45 (1BL002) | PL-50 (1BL016) | PL-55 (1BL032) | PL-75 (1BL034) | PL-100 (1BL134) | PL-130/2 (1BL063) | PL-130/3 (1BL070) | PL-30B (1BL013) | PL-36B (1BL003) | PL-45B (1BL004) | PL-50B (1BL017) | PL-558 (1BL068) | PL-75B (1BL035) | PL-100 (1BL136LF) | PL-130/2B (1BL065) | PL-130/3B (1BL072) |
| Seal Kit |  | 189144LF |  |  | 189577LF | 189144LF |  | 189174LF |  |  | 189144LF |  |  | 89577LF | 189144LF |  | 189174LF |  |
| Body Gasket |  | P15691 |  |  | P83025 |  | P15691 |  |  |  | P15691 |  |  | P83025 |  | P15691 |  |  |
| Impeller | 189170LF | 189171LF | 189169LF | 189172LF | 189169LF | P2004544 |  | 189173LF |  | 189170LF | 189171LF | 189169LF | 189172LF | 189169LF | P2004544 |  | 189173LF |  |
| Fastener Package* | P64910 | P64940 |  | P83031 | P65031 | P64940 | P65031 | P09540 |  | P64910 | P64940 |  | P83031 | P65031 | P64940 | P65031 | P09540 |  |
| Flange Gasket Set | 118368 | 118373 |  | 118368 | 118378 | 118373 | 118378 | 118129 |  | 118368 | 118373 |  | 118368 | 118378 | 118373 | 118378 | 118129 |  |
| Flanges | CAST IRON | | | | | | | | | BRONZE | | | | | | | | |
| Flange (3/4") | P00739 | NONE |  | P00739 | NONE |  |  |  |  | P00789 | NONE |  | P00789 | NONE |  |  |  |  |
| Flange (1") | P00792 | P00802 |  | P00792 | NONE | P00802 | NONE |  |  | P00836 | P00804 |  | P00836 | NONE | P00804 | NONE |  |  |
| Flange (1 1/4") | P03250 | P03300 |  | P03250 | NONE | P03300 | NONE |  |  | P00837 | P2000088 |  | P00837 | NONE | P2000088 | NONE |  |  |
| Flange (1 1/2") | P03430 | P03410 |  | P03430 | NONE | P03410 | NONE |  |  | P2000085 | P2000090 |  | P2000085 | NONE | P2000090 | NONE |  |  |
| Flange (2) |  | NONE |  |  | F14200 | NONE | F14200 | NONE |  |  | NONE |  |  | P2000078 | NONE | P2000078 | NONE |  |
| Flange (2 1/2") |  | NONE |  |  | NONE |  | NONE | P03560 |  |  | NONE |  |  | NONE |  | NONE | P2000093 |  |
| Flange (3") |  | NONE |  |  | NONE |  | NONE | F74000 |  |  | NONE |  |  | NONE |  | NONE | P2000081 |  |

*Includes flange gaskets.   N/A - Not Available   -Factory recommended spare part.